PD-0523-15

PD-0523-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/5/2015 12:18:39 PM
Accepted 5/6/2015 11:28:49 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| **COLEMAN NICHOLS** | § | **IN THE TEXAS COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **FOR THE STATE OF TEXAS** |

### PETITIONER'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

Comes now, Coleman Nichols, by and through his attorney of record, Henry C. Paine, Jr. and in accordance with the Texas Rules of Appellate procedure presents his motion for an extension of time to file his Petition for Discretionary Review and would show the following:

1. The deadline to file a Petition for Discretionary Review in this case is Saturday, May 2, 2015.

2. Petitioner is seeking an extension of thirty (30) days to file his petition.

3. Counsel attempted to electronically file the petition on May 4, 2015; however, there was a problem with Counsel's electronic filing account. This has been resolved.

4. No previous extensions have been requested.

5. Petitioner's appeal was heard in the Second Court of Appeals in Ft. Worth.

6. Petitioner's Cause No. in the Second Court of Appeals is 02-13-00566-CR.

7. On February 5, 2015 the Second Court of Appeals issued its memorandum

opinion and judgment affirming Petitioner's conviction.

8. On February 26, 2015 Petitioner timely filed his motion for rehearing.

9. On April 2, 2015 the Second Court of Appeals denied Petitioner's motion for rehearing.

## CONCLUSION AND PRAYER

Petitioner respectfully request this grant his motion for extension of time and extend the time to file for his Petition for Discretionary Review for thirty (30) days.

Respectfully Submitted,

/s/Henry C. Paine, Jr.
HENRY C. PAINE, JR.
Marsh & Paine, P.C.
101 S. Woodrow
Denton, TX
Tel: (940) 382-4200
Fax: (940) 382-4288
SBOT# 15412600
HCP@MARSHPAINELAW.COM

EDWARD J. NOLTER
SBOT#24081073
Marsh & Paine, P.C.
101 S. Woodrow
Denton, TX
Tel: (940) 382-4200
Fax: (940) 382-4288
EJN@MARSHPAINELAW.COM